IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 9 2006

MICHAEL N. MILBY, CLERK OF COURT

KERRY LEE BEAL
Petitioner

vs.

CIVIL ACTION NO. H-06-0014

DOUGLAS DRETKE, Director
Respondent

PETITIONER KERRY BEAL'S SECOND MOTION FOR LEAVE TO FILE ADDITIONAL AND/OR AMENDED MOTIONS

TO THE HONORABLE U.S. DISTRICT JUDGE GARY MILLER:

Come Now the Petitioner, Kerry Beal, in the above entitled and number civil action, and respectfully moves the Court to allow the filing of additional and/or amended motions. This motion is filed in the interest of "justice" and not for the purpose of delay. In pursuant of the XIV Amendment of the United States Constitution.

I

Petitioner filed his first motion for leave to file additional and/or amended motions to this Court on March 13,2006. On May 25,2006, the Court denied the motion as being moot, stating in its order, there is no current amended motions pending. See Docket Instrument 23, 2 pages.

II

Petitioner has attached to this motion, the following istruments; (1) amended

motion request for leave to file his memorandum of law in support of petition for writ of habeas corpus; (2) amended motion to stay and abeyance; and all with an prepare order attached.

Petitioner states that the reasons stated within the attached motions, makes it necessary at this time to present this second motion for leave to file additional and/or amended motions...

PRAYER

WHEREFORE, the Petitioner prays that the Court consider this motion and grant it in all respects.

Respectfully submitted,

Kerry Beal 1142223

ORDER ON PETITIONER KERRY BEAL'S SECOND MOTION
FOR LEAVE TO FILE ADDITIONAL AND/OR AMENDED MOTIONS

ON this the ________ day of ______________, 2006, came on to be heard the Petitioner's Second Motion for Leave to File Additional and/or Amended Motions, and it appears to the Court that this motion should be and the same is hereby;

GRANTED,

SIGNED this the _______ day of ___________, 2006

______________________________
UNITED STATES DISTRICT JUDGE

APPROVED ENTRY & REQUESTED;